UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON THORN,<br>Plaintiff,<br>v.<br>AMANDA PETERS, et al.,<br>Defendants. | Case No.: 8:24-cv-02213-AB-DFM<br>*Assigned for all purposes to:*<br>*Hon. André Birotte Jr.*<br><br>**~~[PROPOSED]~~ JUDGMENT GRANTING PLAINTIFF'MOTION FOR SUMMARY JUDGMENT [DKT. NO. 70]** |

**IT IS ORDERED, ADJUDGED, AND DECREED:**

1. Judgment is entered in favor of Plaintiff Ron Thorn and against Defendant Amanda Peters.

2. Plaintiff Ron Thorn has prevailed on all claims alleged in the Complaint.

3. Plaintiff shall recover damages in the amount of $81,200.

4. Plaintiff is awarded costs pursuant to Federal Rule of Civil Procedure 54(d), to be taxed by the Clerk.

5. Defendant shall take nothing by way of the Complaint.

6. The Court will consider a timely motion for attorneys' fees after the entry of judgment.

7. This Judgment disposes of all claims and all parties. There being no just reason for delay, the Clerk shall enter judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: August 19, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE